IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| KENNIE HINES | § | |
|---|---|---|
| v. | § | CIVIL ACTION NO. 6:18cv344 |
| SEAN MARSHALL, ET AL. | § | |

**ORDER OF PARTIAL DISMISSAL**

The above-entitled and numbered civil action was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a Report and Recommendation concluding that the Defendants' motion to dismiss should be denied as to the Plaintiff's claim of retaliation for the exercise of constitutionally protected rights and granted as to any and all other claims in the lawsuit. The Plaintiff filed objections, but the Defendants did not object.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of the case, has been presented for consideration. The court has conducted a *de novo* review of the objections raised by Plaintiff to the Report. It concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court. It is accordingly

**ORDERED** that the Defendants' motion to dismiss (docket no. 21) is **DENIED** as to the Plaintiff's claims of retaliation for the exercise of constitutionally protected rights and **GRANTED** as to all other claims. The above-styled civil action is **DISMISSED** with prejudice as to all claims in the lawsuit other than the Plaintiff's claim of retaliation for the exercise of constitutionally protected rights. It is further

**ORDERED** that the Defendants shall have 14 days following the date of entry of this order in which to answer the Plaintiff's remaining claim. Once this answer is filed, the discovery plan set out in the Court's order to answer (docket no. 17) shall be in effect, including all deadlines set out in that order.

**SIGNED this the 27th day of September, 2019.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE