IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| KENNIE HINES | § | |
| v. | § | CIVIL ACTION NO. 6:18cv344 |
| SEAN MARSHALL, ET AL. | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a Report recommending that the Defendant Sean Marshall's motion for summary judgment should be granted and the lawsuit dismissed. The Plaintiff filed objections to the Report, which largely repeat the allegations of the complaint.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of the case, has been presented for consideration. The court has conducted a careful and thorough *de novo* review of the objections raised by Plaintiff to the Report. It concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court. It is accordingly

**ORDERED** that the Defendant's motion for summary judgment (docket no. 55) is hereby **GRANTED** and the above-styled civil action is **DISMISSED** with prejudice. It is further

**ORDERED** that any and all motions by either party not previously ruled upon are hereby **DENIED**.

**SIGNED this the 9th day of June, 2020.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE